

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00148-CV

GLEN RUST, Appellant

V.

THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT
AND HARRIS COUNTY APPRAISAL DISTRICT, Appellees

Appeal from the 334th District Court of Harris County.   (Tr. Ct. No. 2010-27949).

**TO THE 334TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 6th day of January, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After inspecting the record of the court below, it is the opinion of this Court that it lacks jurisdiction over the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Glen Rust, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 6, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 20, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

